UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| JEFFEORY S. BROWN, | Civil No. 3:18-CV-05141-RAJ |
|---|---|
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to hold a *de novo* hearing, conduct a complete, new sequential evaluation of Brown's disability, and issue a new decision.

The ALJ shall provide a new evaluation of all of the evidence, including the medical evidence, testimony, and lay evidence. The ALJ shall make new findings at step two and step three, and if the ALJ proceeds beyond step three in his or her disability determination, the ALJ shall reassess Brown's residual functional capacity and shall make a new step four finding and, if

Page 1   ORDER - [3:18-CV-05141-RAJ]

necessary, a new step five finding. In addition, the ALJ shall obtain new vocational expert testimony, as necessary.

Prior to the hearing, the ALJ shall, if necessary, obtain physical and mental consultative examinations of Brown.

The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

Upon proper application, Brown shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

DATED this 25th day of October, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Page 2  ORDER - [3:18-CV-05141-RAJ]